**Order entered September 21, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00299-CR

**VERONICA GONZALEZ SNOWBALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 354th District Court
### Hunt County, Texas
### Trial Court Cause No. 32376CR

## ORDER

Before the Court is appellant's September 16, 2021 letter which we shall treat as a motion to access the appellate record. We **GRANT** appellant's motion and **ORDER** appellate counsel Peter I. Morgan to send appellant paper copies of the clerk's and reporter's records (with the exception of any CDs or DVDs which are not allowed by regulations of the Texas Department of Criminal Justice) and to provide this Court, within **TWENTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **December 15, 2021**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Keli Aiken, 354th Judicial District Court; Peter I. Morgan; and the Hunt County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Veronica Gonzalez Snowball, TDCJ No. 02348014, Woodman State Jail, 1210 Coryell City Road, Gatesville, TX 76528.

/s/    ERIN A. NOWELL
JUSTICE